

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

ANTONE L. KNOX, )
)
         Plaintiff, )
)
v. ) No. CIV 11-296-RAW-SPS
)
RANDALL WORKMAN and )
JOAN MORAN, )
)
         Defendants. )

## OPINION AND ORDER

Plaintiff, an inmate who is incarcerated at Oklahoma State Penitentiary in McAlester, Oklahoma, has filed this petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, requesting immediate release from the mental health unit at his facility. His rambling, tedious, and illegible petition appears to be alleging, however, that he has been unconstitutionally confined in a mental health unit without a hearing or an order from a judge. He also claims the transfer to the mental health unit was made in retaliation for his previous civil rights litigation in this court, and he has been denied his right to petition for redress of his illegal conditions of confinement. Because petitioner is challenging the conditions of his confinement, not the execution of his sentence, this action is hereby construed as a civil rights complaint, pursuant to 42 U.S.C. § 1983.

**IT IS SO ORDERED** this 6th day of October 2011.

                                             RONALD A. WHITE
                                             UNITED STATES DISTRICT JUDGE